No. 78–225. BABBITT, GOVERNOR OF ARIZONA, ET AL. *v.* UNITED FARM WORKERS NATIONAL UNION ET AL. D. C. Ariz. [Probable jurisdiction postponed, *ante*, p. 891.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 78–329. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. *v.* BAIRD ET AL.; and

No. 78–330. HUNERWADEL *v.* BAIRD ET AL. D. C. Mass. [Probable jurisdiction noted, *ante*, p. 925.] Motion of appellants for divided argument granted.

No. 78–5384. SANDSTROM *v.* MONTANA. Sup. Ct. Mont. [Certiorari granted, *ante*, p. 1067.] Motion for appointment of counsel granted, and it is ordered that Byron W. Boggs, Esquire, of Anaconda, Mont., be appointed to serve as counsel for petitioner in this case.

No. 78–5420. PAYTON *v.* NEW YORK; and

No. 78–5421. RIDDICK *v.* NEW YORK. Ct. App. N. Y. [Probable jurisdiction noted, *ante*, p. 1044.] Motion of appellee for divided argument denied.

No. 78–5907. CAMACHO *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 78–5808. CLARK *v.* FIFTH JUDICIAL DISTRICT COURT OF EDDY COUNTY, NEW MEXICO. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 78–808. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* BOLES ET AL. Appeal from D. C. W. D. Tex. Probable jurisdiction noted.